```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DIVERSE PARTNERS, LP, and TROY BANK &  :
TRUST COMPANY, *individually and on behalf of* :
*all others similarly situated*, :
: 16-CV-9526 (VEC) (KNF)
                           Plaintiffs, :
: ORDER
          -against- :
:
AGRIBANK, FCB, :
:
                          Defendant. :
-------------------------------------------------------------- X
VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 25, 2020, in light of the ongoing COVID-19 pandemic, the Court adjourned *sine die* the bench trial and Final Pretrial Conference in this case (Dkt. 90);

      WHEREAS the parties have filed all pretrial submissions;

      WHEREAS trials have resumed in the Southern District of New York; and

      WHEREAS the Court has tentatively scheduled a bench trial to begin on December 7, 2020;

      IT IS HEREBY ORDERED that the Court will hold a teleconference with the parties on **October 20, 2020, at 11:00 a.m.** to discuss the proposed trial date and logistical considerations. The parties may dial-in to the teleconference using (888) 363-4749 // Access code: 3121171# // Security code: 9526#.

**SO ORDERED.**

**Date: October 16, 2020**                         _____
     **New York, New York**                **VALERIE CAPRONI**
                                                            **United States District Judge**