USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIVERSE PARTNERS, LP, and TROY BANK & :
TRUST COMPANY,                        :
                                      :
                       Plaintiffs,    :      16-CV-9526 (VEC) (KNF)
                                      :
             -against-                :      ORDER
                                      :
AGRIBANK, FCB,                        :
                                      :
                       Defendant.     :
------------------------------------------------------------:
                                      X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 20, 2020, the parties appeared before the Court for a pretrial conference; and

WHEREAS the Court had tentatively scheduled a bench trial to begin on December 7, 2020;

IT IS HEREBY ORDERED that a bench trial will begin in this case on **February 22, 2021**, in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY. As discussed at the October 20, 2020 conference, no further adjournments will be granted.

IT IS FURTHER ORDERED that not later than **October 23, 2020**, the parties must inform the Court whether they wish to have the Court refer the parties to Magistrate Judge Fox for a settlement conference, whether they wish to have the Court refer the parties for participation in SDNY's mediation program, or whether they wish to engage a private mediator.

IT IS FURTHER ORDERED that not later than **November 13, 2020**, the parties must file a letter informing the Court of their proposal with respect to remote appearances and other logistical considerations in advance of the February 22, 2021 bench trial. The parties are

specifically instructed to address the remote platform they wish to use and any agreement concerning who may appear remotely (*i.e.*, witnesses, counsel, or both).

**SO ORDERED.**

Date: October 20, 2020
      New York, New York

                                           **VALERIE CAPRONI**
                                           **United States District Judge**