```
                                                              USDC SDNY
                                                              DOCUMENT
                                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                  DOC #:_____
SOUTHERN DISTRICT OF NEW YORK                                 DATE FILED: 1/27/2021
-------------------------------------------------------------- X
DIVERSE PARTNERS, LP, and TROY BANK &                  :
TRUST COMPANY,                                         :
                                                       :
                                    Plaintiffs,        :        16-CV-9526 (VEC)
                                                       :
                   -against-                           :        ORDER
                                                       :
AGRIBANK, FCB,                                         :
                                                       :
                                    Defendant.         :
-------------------------------------------------------------- :
                                                       X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 23, 2020, the parties notified the Court by joint letter that they intended to engage a private mediator to facilitate settlement discussions (Dkt. 100);

WHEREAS the Court ordered the parties to provide an update within three days of the conclusion of private mediation as to whether the parties were successful in settling this matter (Dkt. 101);

WHEREAS on December 15, 2020, the parties informed the Court that they had engaged a private mediator and were working with the mediator to pursue a settlement (Dkt. 106); and

WHEREAS a bench trial is scheduled to begin in this matter on February 22, 2021;

IT IS HEREBY ORDERED that not later than **February 1, 2021**, the parties must file a joint letter updating the Court on the status of mediation.

IT IS FURTHER ORDERED that in the parties' joint letter due February 1, 2021, they must confirm that they have engaged Impact Trial or another outside trial vendor to support and host the remote aspects of the trial and provide additional information, including contact information, on whichever third-party vendor the parties have engaged.

IT IS FURTHER ORDERED that the Final Pretrial Conference in this case will be held via Skype on **February 9, 2021, at 10:00 a.m.**  Counsel for the parties will be sent the link to access the Skype video conference by email.

**SO ORDERED.**

**Date:  January 27, 2021**
         **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**